**FILED**

IN THE UNITED STATES DISTRICT COURT DEC 1 2 2017

DISTRICT OF MONTANA, BILLINGS DIVISION U S District Court
District Of Montana
Billings

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF COURTESY CASH, INC. (A/K/A PEOPLE'S PARTNER FOR COMMUNITY DEVELOPMENT) LOCATED AT 509 CHEYENNE AVENUE, LAME DEER, MONTANA | Case No. M J -17-66- BLG - TJC <br><br> ORDER SEALING APPLICATION AND ACCOMPANYING AFFIDAVIT FOR SEARCH WARRANT AND SEARCH WARRANT <br><br> Magistrate Judge Timothy J. Cavan |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to FED. R.

CRIM. P. 16.

DATED this 12 day of December, 2017.

TIMOTHY J. CAVAN
United States Magistrate Judge